UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AVIVA LIFE AND ANNUITY CO., | : | Case No. 3:09-cv-104 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| JOHN E. CLOUGH, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

The Court has been advised by the parties that the above captioned civil action has been settled.  It is **ORDERED** that this action be terminated from the active docket of this Court and that the parties file a stipulation of dismissal of all claims following approval of settlement by the probate court.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.

Date: ___7/7/11___

Timothy S. Black
United States District Judge